# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DENNISE TUTHILL,**

    Plaintiff,

**vs.**                                              Civ. No. 09cv499 RLP/ACT

**LOVELACE HEALTH SYSTEM, INC.,**

    **DEFENDANT.**

## ORDER

    **This matter** coming before the court *sua sponte*, the court hereby find that the parties should have additional time to file written objections to the Magistrate Judge's Proposed Findings and Recommended Disposition (Docket No. 32), filed February 22, 2010.

    **IT IS HEREBY ORDERED** that Parties shall have until March 22, 2010 to file written Objections, pursuant to 28 U.S.C. §626(b)(1)( C). If no objections are filed, no appellate review will be allowed. **Makin v. Colorado Dep't of Corrections**, 183 F.3d 1205, 1210 (10th Cir.1999); **Talley v. Hesse**, 91 F.3d 1411, 1412-13 (10th Cir.1996); **Moore v. United States**, 950 F.2d 656 (10th Cir.1991).

    **IT IS SO ORDERED**.

                                                RICHARD L. PUGLISI
                                   Chief United States Magistrate Judge
                                       (Sitting by designation)